UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re )
)
)
STEVEN ROBINSON, )   Chapter 13
)   Case No. 24-40703-EDK
Debtor. )
)

## MODIFICATION OF PLAN PRIOR TO CONFIRMATION

The debtor hereby modifies the Chapter 13 plan previously filed in this case as follows:

\_\_\_\_\_  Unsecured dividend changed from _____ % to \_\_\_\_\_ %.

\_\_\_\_\_  Plan payments are changed from _____ to _____ each month.

\_\_\_\_\_  The term of the plan is reduced to _____ months.

\_\_\_\_\_  The treatment of claims shall be changed as follows:
The Debtor shall, during the pendency of the case, provide the Trustee with copies of Federal Tax Returns.

Notice to creditors and a hearing on this modification are not required as the modification does not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to the modification.

DATED: 5/6/25

_____
ATTORNEY FOR DEBTOR(S)

_____
ATTORNEY FOR CHAPTER 13 TRUSTEE