**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re ) | |
| ) | |
| STEVEN ROBINSON ) | Chapter 13 |
| ) | Case No:  24-40703-EDK |
| Debtor(s)  ) | |
| ) | |

**CHAPTER 13 TRUSTEE'S CERTIFICATE OF NONCOMPLIANCE**

I, Joanne Zoto Psilos, state as follows:

1.    I am a Staff Attorney with the Office of the Standing Chapter 13 Trustee for the Central and Western Divisions of the District of Massachusetts, David A. Mawhinney (the "Trustee").  The Trustee is the Standing Trustee in the above-captioned case and I have personal knowledge of the facts herein.

2.    On or about January 2, 2026, the Trustee filed a Motion of the Chapter 13 Trustee for Order Dismissing Case (the "Motion").

3.    On or about March 4, 2026, the Trustee and the Debtor filed and Agreed Order with respect to the Motion (the "Stipulation").  On or about March 4, 2026, the Court allowed the Stipulation.

4.    The Stipulation provides that the Debtor will remit the sum of $170.00 each month commencing April 1, 2026  through August 1, 2026.  The Debtor was also to commence regular plan payments in March, 2026.  Furthermore, failure to make the payments would result in the filing of a certificate of noncompliance and dismissal of the case without a further hearing after three (3) days notice to Debtor and counsel.

5.    The Trustee submits that the Debtor has failed to comply with the terms of the Stipulation.  The Debtor is in arrears to the Trustee $1828.00, which is 5 monthly payments through May 31, 2026.  Therefore, the case should be dismissed.

Sworn under pains and penalties of perjury this date.

Office of the Standing Chapter 13 Trustee

Dated: June 18, 2026

/s/Joanne Psilos
David A. Mawhinney, Trustee – BBO #681737
Joanne Zoto Psilos, Staff Attorney-BBO #556997
PO Box 964
Worcester, MA  01613
(508) 791-3300
davidmawhinney@ch13worc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing document was served on the following parties via first-class mail, postage pre-paid and/or electronically:

Dated: June 18, 2026

/s/Joanne Psilos
Joanne Psilos

CHRISTOPHER M. BRINE, ESQ.
PO BOX 1042
WORCESTER MA  01613

STEVEN ROBINSON
1108B LILLIAN STREET
NASHVILLE, TN 62706